IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM L. BALLENGER, #257 525, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>GOVERNOR BOB RILEY, *et al.*, )<br>)<br>Defendants. ) | CIVIL ACTION NO.: 2:10-CV-844-TFM<br>[WO] |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that:

1. Plaintiff's requests for declaratory and injunctive relief (*Doc. No. 1*) are DENIED as moot;

2. Plaintiff's challenges to the Alabama Community Notification Act are DISMISSED for lack of subject matter jurisdiction;

3. Defendants' motion for summary judgment with respect to Plaintiff's remaining § 1983 claims (*Doc. Nos. 14, 24*) is GRANTED;

4. Plaintiff's state law claims are DISMISSED without prejudice;

5. Judgment is ENTERED in favor of Defendants and against Plaintiff;

6. This case is DISMISSED with prejudice; and

7. No costs are taxed.

The Clerk is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58, *Federal Rules of Civil Procedure*.

Done, this 3rd day of July 2013.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE