IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIAM L. BALLENGER, #257 525,   )
                                  )
    Plaintiff,                    )
                                  )
v.                                )   CIVIL ACTION NO.: 2:10-CV-844-TFM
                                  )               [WO]
                                  )
GOVERNOR BOB RILEY, *et al.*,     )
                                  )
    Defendants.                   )

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that:

1.    Plaintiff's requests for declaratory and injunctive relief (*Doc. No. 1*) are DENIED as moot;

2.    Plaintiff's challenges to the Alabama Community Notification Act are DISMISSED for lack of subject matter jurisdiction;

3.    Defendants' motion for summary judgment with respect to Plaintiff's remaining § 1983 claims (*Doc. Nos. 14, 24*) is GRANTED;

4.    Plaintiff's state law claims are DISMISSED without prejudice;

5.    Judgment is ENTERED in favor of Defendants and against Plaintiff;

6.    This case is DISMISSED with prejudice; and

7.    No costs are taxed.

The Clerk is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58, *Federal Rules of Civil Procedure*.

Done, this 3rd day of July 2013.

                                                /s/Terry F. Moorer  
                                                TERRY F. MOORER  
                                                UNITED STATES MAGISTRATE JUDGE